IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-01363-STV

ANDRES LUGO,

    Plaintiff,

v.

TOLIN MECHANICAL SYSTEMS COMPANY, LLC,

    Defendant.

## FINAL JUDGMENT

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order [Docket No. 23] of Chief Magistrate Judge Scott T. Varholak entered on December 15, 2025, it is

    ORDERED that Motion to Dismiss on behalf of Defendant's Motion to Dismiss [Docket No. 6] is GRANTED and DISMISSES Plaintiff's claims WITHOUT PREJUDICE. It is further

    ORDERED that judgment shall enter in favor of defendant and against plaintiff. It is further

    ORDERED that defendant is awarded their costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1. It is further

    ORDERED that this case is closed.

Dated this 15th day of December, 2025.

                                              FOR THE COURT:
                                              JEFFREY P. COLWELL

                                              By:   s/ M. Smotts, Deputy Clerk